# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

LOGANAYAGAM JEYANAYAGAM  E-Filing

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services (see attachment for remainder of Defendants)

C 07 3748



WHA

TO: (Name and address of defendant)

EMILIO T. GONZALEZ
Director of the United States Citizenship and Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC 20529
(see attachment for remainder of Defendants)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Audra R. Behne
Law Offices of Audra R. Behne, PC
14724 Ventura Boulevard, 2nd Floor
Sherman Oaks, CA 91403

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JUL 2 6 2007

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER: Audra R. Behne | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):* Sent via certified mail, return receipt. See attached receipt.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| $0 | $0 | $0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-5-07
               Date

Signature of Server: *Audra R. Behne*

14724 Ventura Boulevard, 2nd Floor
Sherman Oaks, CA 91403
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

TITLE OF ACTION (Defendants Continued)

ROSEMARY MELVILLE, District Director of the San Francisco District Office for the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, United States Attorney General; ROBERT MUELLER, Director of the Federal Bureau of Investigations; and FEDERAL BUREAU OF INVESTIGATIONS

## TO: (Name and address of defendant) (Continued)

Rosemary Melville
District Director of the San Francisco District Office
United States Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

Honorable Michael Chertoff
Secretary
Department of Homeland Security
Washington, DC 20528

Honorable Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Robert Mueller
Director
Federal Bureau of Investigations
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _PCBL_  ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Paolo C. Beligaga   C. Date of Delivery 7/27/7 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Office of the United States Attorney<br>1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br><br>Re: Jeyanayagam V. Gonzalez, et al. | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7006 2150 0000 7134 2482 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.50 | 0101 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $7.30 | 07/25/2007 |

Re: Jeyanagayagam V. Gonzalez, et al.
Sent To: Civil Process Clerk / Office of the United States Attorney
Street, Apt. No.; or PO Box No. 1301 Clay Street, Suite 340S
City, State, ZIP+4 Oakland, CA 94612

PS Form 3800, August 2006   See Reverse for Instructions

7006 2150 0000 7134 2482

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>DHS                          8-8-07 |
| 1. Article Addressed to:<br>Emilio T. Gonzalez<br>Director of the United States<br>Citizenship and Immigration<br>Services<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br>Re: Jeyanayagam v. Gonzalez, et al | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7006 2150 0000 7134 2475 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.50 | 0101 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.30 | 07/25/2007 |

Re: Jeyanayagam v. Gonzalez, et al
Sent To Emilio T. Gonzalez / Director of the
United States Citizenship and Immigration Services
Street, Apt. No.;
or PO Box No. 20 Massachusetts Ave., NW
City, State, ZIP+4 Washington, DC 20529

PS Form 3800, August 2006   See Reverse for Instructions

7006 2150 0000 7134 2475

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Asha*  ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*) ASHA  C. Date of Delivery 7-30-07 |
| 1. Article Addressed to:<br>Rosemary Melville<br>District Director of the<br>San Francisco Office<br>United States Citizenship and<br>Immigration Services<br>630 Sansome Street<br>San Francisco, CA 94111<br>Re: Jeyanayagam V. Gonzales, etc | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☒ No<br>[DEPT OF HOMELAND SECURITY RECORDS MAILROOM SAN FRANCISCO stamp, 2007 JUL 30]<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7006 2150 0000 7134 2468 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94111  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.50 | 0101 |
| Certified Fee | 2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | 2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 0.00 | |
| Total Postage & Fees | $ 7.30 | 07/25/2007 Jeyanayagam v. Gonzales |

7006 2150 0000 7134 2468

Sent To Rosemary Melville/District Director of
the San Francisco District Office/United States
Street, Apt. No.; Citizenship and Immigration Services
or PO Box No. 630 Sansome Street
City, State, ZIP+4 San Francisco, CA 94111

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG - 3 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

ACCEPTED IN OFFICIAL CAPACITY ONLY

1. Article Addressed to:

Honorable Michael Chertoff
Secretary
Department of Homeland Security
Washington, DC 20528
SERVICE ACCEPTED

Re: Jeyanayagam v. Gonzales, et al.

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0000 7134 2451

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.50 | 0101 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.30 | 07/25/2007 |

Re: Jeyanayagam v. Gonzales, et al
Sent To: Honorable Michael Chertoff / Secretary
Street, Apt. No.; or PO Box No.: Department of Homeland Security
City, State, ZIP+4: Washington, DC 20528

Article Number: 7006 2150 0000 7134 2451

PS Form 3800, August 2006   See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L Parker_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) JUL 8 1 2007  C. Date of Delivery 2007 |
| 1. Article Addressed to:<br>Honorable Alberto Gonzales<br>United States Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br>Re: Jeyanayagam v. Gonzalez, et al | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label) | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7006 2150 0000 7134 2444

| | | |
|---|---|---|
| Postage | $2.50 | 0101 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.30 | 07/25/2007 |

Sent To: Re: Jeyanayagam v. Gonzale
Honorable Alberto Gonzales
Street, Apt. No.; or PO Box No. United States Attorney General
City, State, ZIP+4 950 Pennsylvania Ave., NW
Washington, DC 20530

PS Form 3800, August 2006    See Reverse for Instructions



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0000 7134 2437**
Status: **Delivered**

Your item was delivered at 3:17 AM on July 30, 2007 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20535
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.50 | 0101 |
| Certified Fee | | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.30 | 07/25/2007 |

Re: Jeyanadagam v. Gonzales, et al

Sent To: Robert Mueller / Director / Federal Bureau of Invest.
Street, Apt. No.; or PO Box No. J. Edgar Hoover Building 935 Pennsylvania Ave. N.W.
City, State, ZIP+4 Washington, DC 20535

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0000 7134 2437

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    9/5/2007