SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGANAYAGAM JEYANAYAGAM, | ) |
| | ) No. C 07-3748 WHA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS; AND** |
| EMILIO T. GONZALEZ, Director of the United | ) **[PROPOSED] ORDER** |
| States Citizenship and Immigration Services; | ) |
| ROSEMARY MELVILLE, District Director of | ) |
| the San Francisco District Office for the United | ) |
| States Citizenship and Immigration Services; | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES; MICHAEL | ) |
| CHERTOFF, Secretary of the Department of | ) |
| Homeland Security; ALBERTO GONZALES, | ) |
| United States Attorney General; ROBERT | ) |
| MUELLER, Director of the Federal Bureau of | ) |
| Investigations; and FEDERAL BUREAU OF | ) |
| INVESTIGATIONS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

action without prejudice in light of the fact that the United States Citizenship and Immigration

Services has agreed to approve the plaintiff's application for naturalization within 30 days of the

dismissal of this action, provided the plaintiff has not and does not commit a disqualifying act in

Stipulation to Dismiss
C07-3748 WHA                                                    1

1  the interim.  Subject to the above, if the plaintiff's application for naturalization is not approved

2  within 30 days of dismissal of this action, plaintiff may resume this action with this Court.

3      Each of the parties shall bear their own costs and fees.

4  Date: September 12, 2007                    Respectfully submitted,

5                                              SCOTT N. SCHOOLS
                                               United States Attorney
6

7
                                               _____/s/_____
8                                              ILA C. DEISS
                                               Assistant United States Attorney
9                                              Attorneys for Defendants

10

11
                                               _____/s/_____
12  Date: September 12, 2007                    AUDRA R. BEHNÉ
                                               Attorney for Plaintiff
13

14                              **ORDER**

15      Pursuant to stipulation, IT IS SO ORDERED.

16

17
    Date:                                      _____
18                                             WILLIAM ALSUP
                                               United States District Judge
19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-3748 WHA                    2