| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 12 | LOGANAYAGAM JEYANAYAGAM, | ) | |
| 13 | Plaintiff, | ) | No. C 07-3748 WHA |
| 14 | v. | ) | |
| 15 | EMILIO T. GONZALEZ, Director of the United | ) | **STIPULATION TO DISMISS; AND** ~~[PROPOSED]~~ **ORDER** |
|    | States Citizenship and Immigration Services; | ) | |
| 16 | ROSEMARY MELVILLE, District Director of | ) | |
|    | the San Francisco District Office for the United | ) | |
| 17 | States Citizenship and Immigration Services; | ) | |
|    | UNITED STATES CITIZENSHIP AND | ) | |
| 18 | IMMIGRATION SERVICES; MICHAEL | ) | |
|    | CHERTOFF, Secretary of the Department of | ) | |
| 19 | Homeland Security; ALBERTO GONZALES, | ) | |
|    | United States Attorney General; ROBERT | ) | |
| 20 | MUELLER, Director of the Federal Bureau of | ) | |
|    | Investigations; and FEDERAL BUREAU OF | ) | |
| 21 | INVESTIGATIONS, | ) | |
|    |  | ) | |
| 22 | Defendants. | ) | |
| 23 | | | |

24  Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys

25 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

26 action without prejudice in light of the fact that the United States Citizenship and Immigration

27 Services has agreed to approve the plaintiff's application for naturalization within 30 days of the

28 dismissal of this action, provided the plaintiff has not and does not commit a disqualifying act in

Stipulation to Dismiss
C07-3748 WHA                                    1

1  the interim. Subject to the above, if the plaintiff's application for naturalization is not approved
2  within 30 days of dismissal of this action, plaintiff may resume this action with this Court.
3      Each of the parties shall bear their own costs and fees.

Date: September 12, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants


_____/s/_____
Date: September 12, 2007                    AUDRA R. BEHNE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  September 13, 2007.

_____
WILLIAM ALSUP
United States District Judge